| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| **Yuki Jimmy Matsushima**<br><br>Debtor(s). | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/09/2026 Yuki Jimmy Matsushima
Printed name of Debtor 1

[signature]
Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ______________ ________________________________________ ____________________________________

Printed name of Debtor 2 Signature of Debtor 2

STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

Pay Stub Detail
PAY DATE: 10/15/2026
NET PAY: $306.21

YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

**EMPLOYER**
STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 09/01/2026 |
| Period Ending: | 09/30/2026 |
| Pay Date: | 10/15/2026 |

**EMPLOYEE**
YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

SS#: ...8756

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 48.00 |

| | |
|---|---|
| **NET PAY:** | **$306.21** |
| Acct#....7577: | $306.21 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 336.31 | 65,351.99 |
| Regular Pay | - | - | 0.00 | 2,700.00 |
| Commission | - | - | 0.00 | 560.00 |
| Reimbursement | - | - | 0.00 | 2,894.28 |
| Paycheck Tips | - | - | 0.00 | 19,834.98 |
| Other Earnings | - | - | 0.00 | 13,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Advanced Payment | 0.00 | 3,291.42 |
| Rent | 0.00 | 13,500.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 8,126.60 |
| Social Security | 20.85 | 6,320.71 |
| Medicare | 4.88 | 1,478.23 |
| CA Income Tax | 0.00 | 2,766.62 |
| CA State Disability Ins | 4.37 | 1,325.30 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $336.31 | $104,841.25 |
| Taxes | $30.10 | $20,017.46 |
| Deductions | $0.00 | $16,791.42 |

**Net Pay** **$306.21**

STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

Pay Stub Detail
PAY DATE: 10/15/2026
NET PAY: $1,032.61

YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

**EMPLOYER**
STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 09/01/2026 |
| Period Ending: | 09/30/2026 |
| Pay Date: | 10/15/2026 |

**EMPLOYEE**
YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

SS#: ...8756

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 48.00 |

| | |
|---|---|
| **NET PAY:** | **$1,032.61** |
| Acct#....7577: | $1,032.61 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 814.00 | 65,015.68 |
| Regular Pay | - | - | 0.00 | 2,700.00 |
| Commission | - | - | 0.00 | 560.00 |
| Reimbursement | - | - | 0.00 | 2,894.28 |
| Paycheck Tips | - | - | 320.10 | 19,834.98 |
| Other Earnings | - | - | 0.00 | 13,500.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Advanced Payment | 0.00 | 3,291.42 |
| Rent | 0.00 | 13,500.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 8,126.60 |
| Social Security | 70.31 | 6,299.86 |
| Medicare | 16.44 | 1,473.35 |
| CA Income Tax | 0.00 | 2,766.62 |
| CA State Disability Ins | 14.74 | 1,320.93 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,134.10 | $104,504.94 |
| Taxes | $101.49 | $19,987.36 |
| Deductions | $0.00 | $16,791.42 |

**Net Pay** **$1,032.61**

STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

Pay Stub Detail
PAY DATE: 10/15/2026
NET PAY: $710.00

YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

**EMPLOYER**
STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 09/01/2026 |
| Period Ending: | 09/30/2026 |
| Pay Date: | 10/15/2026 |

**EMPLOYEE**
YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

SS#: ...8756

| **BENEFITS** | **Accrued** | **Used** | **Available** |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 48.00 |

| | |
|---|---|
| **NET PAY:** | **$710.00** |
| Acct#....7577: | $710.00 |

**MEMO:**

| **PAY** | **Hours** | **Rate** | **Current** | **YTD** |
|---|---|---|---|---|
| Salary | - | - | 549.15 | 64,201.68 |
| Regular Pay | - | - | 0.00 | 2,700.00 |
| Commission | - | - | 0.00 | 560.00 |
| Reimbursement | - | - | 210.00 | 2,894.28 |
| Paycheck Tips | - | - | 0.00 | 19,514.88 |
| Other Earnings | - | - | 0.00 | 13,500.00 |

| **DEDUCTIONS** | **Current** | **YTD** |
|---|---|---|
| Advanced Payment | 0.00 | 3,291.42 |
| Rent | 0.00 | 13,500.00 |

| **TAXES** | **Current** | **YTD** |
|---|---|---|
| Federal Income Tax | 0.00 | 8,126.60 |
| Social Security | 34.05 | 6,229.55 |
| Medicare | 7.96 | 1,456.91 |
| CA Income Tax | 0.00 | 2,766.62 |
| CA State Disability Ins | 7.14 | 1,306.19 |

| **SUMMARY** | **Current** | **YTD** |
|---|---|---|
| Total Pay | $759.15 | $103,370.84 |
| Taxes | $49.15 | $19,885.87 |
| Deductions | $0.00 | $16,791.42 |

**Net Pay** **$710.00**

STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

Pay Stub Detail
PAY DATE: 10/26/2026
NET PAY: $1,673.84

YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

**EMPLOYER**
STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 09/01/2026 |
| Period Ending: | 09/30/2026 |
| Pay Date: | 10/26/2026 |

**EMPLOYEE**
YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

SS#: ...8756

| **BENEFITS** | **Accrued** | **Used** | **Available** |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 48.00 |

| | |
|---|---|
| **NET PAY:** | **$1,673.84** |
| Acct#....5546: | $1,673.84 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,899.67 | 70,257.06 |
| Regular Pay | - | - | 0.00 | 2,700.00 |
| Commission | - | - | 0.00 | 560.00 |
| Reimbursement | - | - | 0.00 | 2,894.28 |
| Paycheck Tips | - | - | 0.00 | 21,528.98 |
| Other Earnings | - | - | 0.00 | 15,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Advanced Payment | 0.00 | 3,675.53 |
| Rent | 0.00 | 15,000.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 55.80 | 8,810.43 |
| Social Security | 117.78 | 6,822.85 |
| Medicare | 27.55 | 1,595.67 |
| CA Income Tax | 0.00 | 3,002.48 |
| CA State Disability Ins | 24.70 | 1,430.59 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,899.67 | $112,940.32 |
| Taxes | $225.83 | $21,662.02 |
| Deductions | $0.00 | $18,675.53 |

**Net Pay** **$1,673.84**

STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

Pay Stub Detail
PAY DATE: 10/26/2026
NET PAY: $2,896.56

YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

**EMPLOYER**
STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 09/01/2026 |
| Period Ending: | 09/30/2026 |
| Pay Date: | 10/26/2026 |

**EMPLOYEE**
YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

SS#: ...8756

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 48.00 |

| | |
|---|---|
| **NET PAY:** | **$2,896.56** |
| Acct#....5546: | $2,896.56 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 3,005.40 | 68,357.39 |
| Regular Pay | - | - | 0.00 | 2,700.00 |
| Commission | - | - | 0.00 | 560.00 |
| Reimbursement | - | - | 0.00 | 2,894.28 |
| Paycheck Tips | - | - | 1,694.00 | 21,528.98 |
| Other Earnings | - | - | 1,500.00 | 15,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Advanced Payment | 384.11 | 3,675.53 |
| Rent | 1,500.00 | 15,000.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 628.03 | 8,754.63 |
| Social Security | 384.36 | 6,705.07 |
| Medicare | 89.89 | 1,568.12 |
| CA Income Tax | 235.86 | 3,002.48 |
| CA State Disability Ins | 80.59 | 1,405.89 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $6,199.40 | $111,040.65 |
| Taxes | $1,418.73 | $21,436.19 |
| Deductions | $1,884.11 | $18,675.53 |

**Net Pay** **$2,896.56**

STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

Pay Stub Detail
PAY DATE: 11/15/2026
NET PAY: $720.00

YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

**EMPLOYER**
STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 10/01/2026 |
| Period Ending: | 10/31/2026 |
| Pay Date: | 11/15/2026 |

**EMPLOYEE**
YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

SS#: ...8756

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 48.00 |

| NET PAY: | $720.00 |
|---|---|
| Acct#....5546: | $720.00 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 549.16 | 71,270.22 |
| Regular Pay | - | - | 0.00 | 2,700.00 |
| Commission | - | - | 0.00 | 560.00 |
| Reimbursement | - | - | 220.00 | 3,114.28 |
| Paycheck Tips | - | - | 0.00 | 21,691.53 |
| Other Earnings | - | - | 0.00 | 15,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Advanced Payment | 0.00 | 3,675.53 |
| Rent | 0.00 | 15,000.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 8,810.43 |
| Social Security | 34.05 | 6,895.75 |
| Medicare | 7.97 | 1,612.72 |
| CA Income Tax | 0.00 | 3,002.48 |
| CA State Disability Ins | 7.14 | 1,445.88 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $769.16 | $114,336.03 |
| Taxes | $49.16 | $21,767.26 |
| Deductions | $0.00 | $18,675.53 |

**Net Pay** **$720.00**

STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

Pay Stub Detail
PAY DATE: 11/15/2026
NET PAY: $570.47

YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

**EMPLOYER**
STORAGE KC USA, INC
48 S De Lacey Ave
Pasadena CA 91105-1904

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 10/01/2026 |
| Period Ending: | 10/31/2026 |
| Pay Date: | 11/15/2026 |

**EMPLOYEE**
YUKI J. MATSUSHIMA
17612 HASTINGS AVENUE
IRVINE CA 92614

SS#: ...8756

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 48.00 |

| NET PAY: | $570.47 |
|---|---|
| Acct#....5546: | $570.47 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 464.00 | 70,721.06 |
| Regular Pay | - | - | 0.00 | 2,700.00 |
| Commission | - | - | 0.00 | 560.00 |
| Reimbursement | - | - | 0.00 | 2,894.28 |
| Paycheck Tips | - | - | 162.55 | 21,691.53 |
| Other Earnings | - | - | 0.00 | 15,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Advanced Payment | 0.00 | 3,675.53 |
| Rent | 0.00 | 15,000.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 8,810.43 |
| Social Security | 38.85 | 6,861.70 |
| Medicare | 9.08 | 1,604.75 |
| CA Income Tax | 0.00 | 3,002.48 |
| CA State Disability Ins | 8.15 | 1,438.74 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $626.55 | $113,566.87 |
| Taxes | $56.08 | $21,718.10 |
| Deductions | $0.00 | $18,675.53 |

**Net Pay** **$570.47**